**No. P68/456.**—Walter H. Joseph and Arthur J. Fritz & Company *v.* United States, protest 61/16631 (San Francisco).

**No. P68/457.**—James S. Baker (Imports) Co. and Ted L. Rausch et al. *v.* United States, protests 61/23078, etc. (San Francisco).

Rao, C. J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of sledge hammers and sledge heads similar in all material respects to those the subject of *James S. Baker* (*Imports*) *Co.* and *Ted L. Rausch et al.* v. *United States* (58 Cust. Ct. 553, C.D. 3048), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, OCTOBER 30, 1968

**No. P68/458.**—American Bayard Cycle Co. *v.* United States, protests 61/22740 and 61/22397 (Boston).

Rao, C. J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of bicycles, with or without tires having wheels in diameter (measured to the outer circumference of the tire) over 25 inches, weighing less than 36 pounds complete without accessories, and not designed for use with tires having a cross-sectional diameter exceeding 1⅝ inches and that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co., Mangano Cycles Co.* (47 CCPA 152, C.A.D. 750), the claim of the plaintiff was sustained.

**No. P68/459.**—Seedman International Corp. *v.* United States, protest 63/13814 (Philadelphia).

Rao, C. J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of inner tubes similar in all material respects to those the subject of *Seedman International Corp. et al.* v. *United States* (60 Cust. Ct. 127, C.D. 3285), the claim of the plaintiff was sustained.